UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>EDWARD WESLEY CHAPMAN II,<br><br>          Defendant.<br>_____/ | Case: 2:22−cr−20490<br>Assigned To : Cox, Sean F.<br>Referral Judge: Grand, David R.<br>Assign. Date : 9/19/2022<br>Description: INFO USA V. CHAPMAN II (NA)<br><br>**Violations**:<br>18 U.S.C. § 922(g)(1) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### FELON IN POSSESSION OF A FIREARM

On or about December 15, 2020, in the Eastern District of Michigan, the defendant, Edward Wesley Chapman II, knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, 9mm, model M&P, semi-automatic pistol, which had previously traveled in and affected interstate commerce; in violation of 18 U.S.C. § 922(g)(1).

1

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d), 28 U.S.C. § 2461
### Criminal Forfeiture

The allegations contained in Count One of this Information are hereby incorporated by reference for purposes of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

As a result of the foregoing violation of 18 U.S.C. § 922(g)(1), as charged in Count One of this Information, the defendant shall forfeit to the United States any firearm or ammunition used in any knowing violation of section 922(g).

DAWN N. ISON
UNITED STATES ATTORNEY

*s/ Craig Wininger*
Craig Wininger
Chief, Violent and Organized Crime Unit

*s/ Robert Jerome White*
Robert Jerome White
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9620
Robert.white@usdoj.gov


Dated: September 19, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:22−cr−20490 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** RW |

**Case Title:** USA v. EDWARD WESLEY CHAPMAN II

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ____]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 19, 2022
Date

Robert White
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9620
E-Mail address: Robert.White@usdoj.gov
Attorney Bar #: IL 6304282

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.